(82 South. 344)

HOLLOWAY et al. v. HENDERSON LUMBER CO. (4 Div. 831.)

(Supreme Court of Alabama. June 19, 1919.)

COURTS ⚖210—JURISDICTION OF COURT OF APPEALS—TITLE OR POSSESSION OF LAND—STATUTE.

Under Acts 1911, p. 96, § 2, suit for the statutory penalty for cutting trees and for damages for trespass quare clausum fregit involved the title to or possession of land, and the Court of Appeals had no jurisdiction, so that its judgment was coram non judice.

Certiorari to Court of Appeals.

Suit by John Holloway and another against the Henderson Lumber Company. From judgment for plaintiffs in the sum of one cent, with costs, plaintiffs appealed to the Court of Appeals, and defendant cross-appealed. Judgment affirmed on main appeal, reversed and rendered on cross-appeal (81 South. 867), and plaintiffs petition for writ of certiorari. Writ awarded.

A. R. Powell, of Andalusia, for appellants.

Powell, Albritton & Albritton, of Andalusia, for appellee.

ANDERSON, C. J. This action involves the title to, or possession of, land, and the Court of Appeals had no jurisdiction to determine the same. Section 2, p. 96, Acts of 1911. The Court of Appeals being without jurisdiction to decide this case, its judgment was coram non judice. The writ of certiorari is awarded under the general prayer for relief, and the judgment of the Court of Appeals (81 South. 867) is quashed, with direction to transfer the cause to this court under section 17, p. 103, Acts of 1911.

Writ awarded.

MAYFIELD, SOMERVILLE, and THOMAS, JJ., concur.